IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CR 150 MOC WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FIELDING LANIER BOLTON III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on the Government's Motion to Seal Exhibit Containing Medical Records. Doc. 56. The subject documents consist of Defendant's medical records from the Bureau of Prisons. Doc. 55.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the records, and alternatives to sealing. The Motion to Seal has been on the docket since December 30. No objections or responses have been made to it and the District Court has ruled on the Motion for Compassionate

Release. Further, the undersigned agrees that sealing of the subject filing is appropriate and that less restrictive means of handling the information are not sufficient as the records contain Defendant's personal medical information.

**IT IS THEREFORE ORDERED THAT** the Government's Motion to Seal Exhibit Containing Medical Records (Doc. 56) is **GRANTED**, and Defendant's Bureau of Prisons medical records (Doc. 55) are hereby **SEALED** and shall remain sealed until further Order of the Court.

Signed: January 14, 2021

W. Carleton Metcalf
United States Magistrate Judge